AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Christopher Michael Cunningham<br><br>_Defendant_ | ) Case: 1:21-mj-00582<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 08/30/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Christopher Michael Cunningham,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct in Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/30/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.30 13:09:38 -04'00'

_Issuing officer's signature_

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/30/21, and the person was arrested on _(date)_ 8/31/21
at _(city and state)_ Old Hickory, TN.

Date: 8/31/21

_Arresting officer's signature_

Angelo Defeo, Special Agent
_Printed name and title_